UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SCOTT DEAN RODAHL,

Petitioner,

v.

LOU STENDER, Warden,

Respondent.

Civil No. 00-2642 (MJD/FLN)

**ORDER**

Petitioner has filed a petition for a writ of habeas corpus claiming that he is being unlawfully incarcerated at the Minnesota Correctional Facility, Moose Lake, Minnesota.

Respondent has already responded to the petition by filing a motion seeking to have it dismissed. If Petitioner intends to file any written opposition to Respondent's motion to dismiss, he must do so by no later than February 8, 2001. Thereafter, the Court will review the submissions of record and present a Report and Recommendation to the District Court Judge.

The Court further notes that Petitioner has filed an "Application to Proceed Without Prepayment of Fees and Affidavit," seeking leave to proceed in forma pauperis, ("IFP"), pursuant to 28 U.S.C. § 1915(a). The Court is satisfied that Petitioner is eligible for IFP status, and that he should be excused from paying any filing fee for this action. Petitioner's application to proceed in forma pauperis, (Docket No. 2), is therefore GRANTED.

Dated: January 8, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

JAN 09 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D