UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Scott Dean Rodahl,

Petitioner,

vs.

Lou Stender, Warden,

Respondent.

Civil No.: 00-2642 MJD/FLN

**ORDER**

---

Petitioner, pro se.
Wayne H. Swanson for Respondent.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on the Respondent's Motion to Dismiss Petition and Response to Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [#4] on February 6, 2001. This Order is necessitated by Respondent's failure to address the issue contained in the Petition of whether Petitioner's Fifth, Sixth, and Fourteenth Amendment rights were violated when Petitioner was sentenced as a career offender. See Petition for Writ of Habeas Corpus at 5 [#1].

Within 20 days from the date of this Order, Respondent is directed to make a return in writing certifying the true cause of Petitioner's detention and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the legality of Petitioner's incarceration;

FILED FEB 1 6 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. A reasoned memorandum of law and fact fully stating Respondent's legal position, as well as Respondent's recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the Petition in light of the requirements of relevant statutes and other pertinent authority; and

3. Certified copies of all documents from Petitioner's prior criminal court proceedings and/or Petitioner's prison records, which may be germane to the issues raised by the petition. Where appropriate, Respondent may refer to affidavits and exhibits previously filed in this action.

4. The specific issue to be addressed in Respondent's memorandum is Petitioner's contention that he should not have been sentenced as a "career offender."

Absent compliance with this order within the 20 day time period, the Court will entertain a motion to grant the relief prayed for in said Petition.

Accordingly, and based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Respondent is directed to file a return as described herein, within 20 days after the date of this order.

Dated: February 15, 2001

Franklin L. Noel
United States Magistrate Judge