# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Scott Dean Rodahl

Plaintiff

v.

Lou Stender, Warden

Defendants

Case No. Civil 00-2642 MJD/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Respondent's motion to dismiss petition and response to petition for writ of habeas corpus is granted in its entirety. The petition for writ of habeas corpus is dismissed with prejudice.

DATE: June 15, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk